UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>C. DAVIS, et al.,<br><br>        Defendants. | No.  2:15-cv-1467 DAD P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 plus the $50.00 administrative fee nor has he filed an application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

      Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $50.00 administrative fee or a properly completed application to proceed in

forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

    2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

Dated: July 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly
blac1467.3a